**ROBINS CLOUD LLP**
Manuel D. Balam (SBN 236699)
Brian K. Teets, Jr. (SBN 325622)
808 Wilshire Blvd., Suite 450
Santa Monica, CA 90401
(310) 929-4200 Tel.
(310) 566-5900 Fax
mbalam@robinscloud.com
bteets@robinscloud.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| VALARIE TURNER, individually and as heir and successor in interest to LOLA TURNER, deceased; SYBLE THOMAS, individually and as heir and successor in interest to LOLA TURNER, deceased; BETTY SMITH, individually and as heir and successor in interest to LOLA TURNER, deceased; BOBBIE FROST, individually and as heir and successor in interest to LOLA TURNER, deceased, | CASE NO: 4:22-cv-02466-HSG **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CASE NO: 4:22-cv-02466-HSG

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Assigned to:       Honorable Haywood S. Gilliam, Jr.
Courtroom:        2
Complaint Filed:  December 3, 2021
Removed:          April 21, 2022
Trial:            TBD

             Plaintiffs,
      vs.

WINDSOR HEALTHCARE CENTER OF OAKLAND, a business organization form unknown; WINDSOR OAKRIDGE HEALTHCARE CENTER, L.P., a limited partnership; WINDSOR OAKRIDGE HEALTHCARE CENTER, LLC, a limited liability company; S&F MANAGEMENT COMPANY, LLC, a limited liability company; MARIA THOMPSON, an individual; CHRISTINE KISAJJA, an individual; and DOES 1-100, inclusive,

             Defendants.

/ / /

/ / /

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 4:22-cv-02466-HSG**

**TO THE COURT:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that of this date, other than the named parties, there is no such interest to report.

Dated:  May 12, 2022                                  **ROBINS CLOUD LLP**


By: _____
                    BRIAN K. TEETS, JR.
                    Attorneys of Record for Plaintiffs
                    VALERIE TURNER, ET AL.

1

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I electronically filed the foregoing document entitled **PLAINTIFFS'**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the

Court by using the CM/ECF system. All participants and/or counsel of record in the case who

are registered CM/ECF users will be served by the CM/ECF system.


Dated: May 12, 2022                    **ROBINS CLOUD LLP**


By: _____*/s/ Stephanie Khersonsky*_____
      STEPHANIE KHERSONSKY