United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALARIE TURNER, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>WINDSOR OAKRIDGE HEALTHCARE CENTER, LP, et al.,<br><br>      Defendants. | Case No. 22-cv-02466-HSG<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 14 |

Pending before the Court is the motion to remand filed by Plaintiffs Valarie Turner, Syble Thomas, Betty Smith, and Bobbie Frost. *See* Dkt. No. 14. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

In their opposition, Defendants appear to concede that controlling Ninth Circuit authority, *Saldana v. Glenhaven Healthcare LLC*, 27 F.4th 679 (9th Cir. 2022), requires remand. *See* Dkt. No. 11 at 5 ("Defendants are aware that this Court is bound by Ninth Circuit precedent in *Saldana v. Glenhaven Healthcare LLC* . . . ."). This Court has recently found that remand is warranted under similar circumstances, and adopts the reasoning of that case in its entirety. *See Martinez v. Novato Healthcare Ctr.*, LLC, No. 21-CV-09547-HSG, 2022 WL 2981825, at *1 (N.D. Cal. July 28, 2022). Despite Defendants' urging, *see* Dkt. No. 11 at 18–19, the Court finds no basis to stay the case based on the prospect that the parties in *Saldana v. Glenhaven* may file a petition for writ of certiorari with the United States Supreme Court.

//

//

//

//

The Court accordingly **GRANTS** the motion and **REMANDS** the case to Alameda Superior Court. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  8/9/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge